**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GRANT'S FINANCIAL PUBLISHING INC., <br><br> Plaintiff, <br><br> v. <br><br> EATON VANCE CORP., EATON VANCE MANAGEMENT, and EATON VANCE TRUST COMPANY, <br><br> Defendants. | Case No. 06-cv-12031 -RCL |

## NOTICE OF FIRM NAME CHANGE

Please take notice that as of February 1, 2007, the law firm of Wiley Rein & Fielding

LLP will change its name to Wiley Rein LLP.  The address and telephone numbers for the firm

will remain the same, but the e-mail addresses for undersigned counsel will change to

tkirby@wileyrein.com and msweet@wileyrein.com.


Respectfully submitted,

By:   /s/ Thomas Kirby

| | |
|---|---|
| David G. Hanrahan | Thomas W. Kirby |
| Richard D. Vetstein | Mark B. Sweet |
| Gilman, McLaughlin & Hanrahan, LLP | WILEY REIN LLP |
| 101 Merrimac Street, P.O. Box 9601 | (formerly Wiley Rein & Fielding LLP) |
| Boston, MA  02114-9601 | 1776 K Street, N.W. |
| (617) 227-9999 | Washington, D.C.  20006 |
| | (202) 719-7000 |

Dated: January 31, 2007        *Attorneys for Grant's Financial Publishing Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to anyone indicated as a non-registered participant on January 31, 2007.

                                       /s/ Thomas Kirby
                                     Thomas W. Kirby