UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRANT'S FINANCIAL PUBLISHING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EATON VANCE CORP., EATON VANCE )<br>MANAGEMENT, AND EATON VANCE )<br>TRUST COMPANY, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-cv-12031-RCL<br><br><br>consolidated with |
| EATON VANCE MANAGEMENT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRANT'S FINANCIAL PUBLISHING, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-11987-RCL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties as evidenced by the signature of counsel below and in accordance with Rule 41 of the Federal Rules of Civil Procedure, all claims by all of the parties in the above-identified actions as alleged therein are hereby dismissed with prejudice and without costs, interest or attorneys' fees, and with all rights of appeal waived.

Dated: _May 17_, 2007

Respectfully submitted,

| | |
|---|---|
| GRANT'S FINANCIAL PUBLISHING, INC. | EATON VANCE CORP., EATON VANCE MANAGEMENT, AND EATON VANCE TRUST COMPANY |
| By its attorneys, | By their attorneys, |
| /s/ Thomas W. Kirby | /s/ Jeffrey L. Snow |
| Thomas W. Kirby<br>Mark B. Sweet<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 719-7000 | Jeffrey D. Snow (BBO # 566388)<br>Christopher Centurelli (BBO # 640974)<br>KIRKPATRICK & LOCKHART<br>  PRESTON GATES ELLIS LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, Massachusetts 02111-2950<br>(617) 261-3100 |
| David G. Hanrahan<br>Richard D. Vetstein<br>GILMAN, McLAUGHLIN<br>  & HANRAHAN, LLP<br>101 Merrimac Street, P.O. Box 9601<br>Boston, Massachusetts 02114-9601<br>(617) 227-9999 | Charles L. Eisen (of counsel)<br>KIRKPATRICK & LOCKHART<br>  PRESTON GATES ELLIS LLP<br>1601 K Street, N.W.<br>Washington, D.C. 20006<br>(202) 778-9000 |

IT IS SO ORDERED:

Dated: _____   _____
United States District Judge